UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:**  John E Allen and Barbara M Cordi-Allen      **Case Number:**  11-31287                **Ch:**  11

**MOVANT/APPLICANT/PARTIES:**

#65 Motion of Debtors to set Bar Date

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained

_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by:_____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advise ment: Brief(s) due_____From_____

                              Response(s) due_____From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

✔___DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

DENIED, SUBJECT TO REFILING BY THE CHAPTER 11 TRUSTEE.

IT IS SO NOTED:                          IT IS SO ORDERED:

_____            _____  Dated: 12/13/2011
Courtroom Deputy